IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH A. HAMILTON<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 1:02-CR-55 TS |

The matter is before the Court on Defendant's third Motion for Early Termination of Supervised Release. For the reasons stated previously,[1] Defendant's latest Motion is DENIED.

SO ORDERED.

DATED   July 15, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] *See* Docket Nos. 127 and 131.